IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                        CHAPTER 13
EDGAR GRAYER, JR., DEBTOR                      CASE NO. 13-02819-ee

**AGREED ORDER**

THIS DAY the Objection to Confirmation of Plan [doc. 15], filed by Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS6 (hereinafter "Ocwen"), came on for consideration, and the Court has been advised that the parties have reached the following agreement:

1. Movant is the assignee of a Deed of Trust, signed by Debtor, recorded in Book 2053 at Page 412 of the records of the Chancery Clerk of Rankin County, Mississippi.

2. The property at issue in this case is located at 319 Cherry Bark Drive, Brandon, Mississippi, and is more particularly described as follows:

> Lot 378, Reservoir East, Part 6, a Subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Rankin County, Mississippi, in Plat Cabinet C, Page 348, thereof, reference to which map or plat is hereby made in aid and as a part of this description.

3. The claim filed by Ocwen (claim no. 3-1) reflects a pre-petition arrearage due of $7,761.42.

4. Said claim also reflects that the amount of the post-petition payments should be in the amount of $940.52, which consists of $742.74 in principal and interest, and an escrow payment in the amount of $197.78.

5. The parties agree that Claim 3-1 of Ocwen should be paid as filed.

6. Debtor specifically reserves his right to object to claim 3-1 at a later date.

7. The Objection to Confirmation of Plan [doc. 15] is sustained, and the attorneys' fees incurred by Ocwen in the amount of $350.00 for filing said Objection will be paid to Ocwen as a separate claim over the life of the plan.

SO ORDERED

Edward Ellington
United States Bankruptcy Judge
Dated: December 9, 2013

APPROVED AND AGREED:

/s/ Laura Henderson-Courtney, MSB #2266
Attorney for Ocwen Loan Servicing, LLC

/s/ Frank H. Coxwell, III   (w/permission)
Attorney for Debtor

Trustee
Attorney for Trustee

Prepared by:
Laura Henderson-Courtney, MSB #2266
Underwood Law Firm PLLC
340 Edgewood Terrace Drive
Jackson, MS  39206
Tel: (601)981-7773
Fax: (601)362-5673
lhc@underwoodlawfirm.com